Louise M. NACHAND and William Mehler, Two of the Defendants Named in Pleadings Heretofore Filed in Behalf of Mrs. Bertha Pottinger and Others, in Behalf of Themselves and All Others Assessed in This Action, Appellants, v. A. M. ANDERSON, Receiver of National Bank of Kentucky, an Insolvent National Banking Association, Organized Under the Laws of the United States, Louisville, Kentucky, the Louisville Trust Company, Appellees.

No. 10043.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1945.

R. Ruthenburg, of Louisville, Ky., for appellants.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, and Alfred C. Krieger and Ogden, Galphin, Tarrant & Street, all of Louisville, Ky., for appellees.

Before HICKS, ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and it appearing that there is no reversible error upon the record, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

Anna Lee SHELTON, Appellant, v. UNITED STATES of America, Appellee.

No. 10025.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1945.

John Y. Brown, of Lexington, Ky., for appellant.

Claude P. Stephens, U. S. Atty., of Lexington, Ky., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This case having been duly considered upon the transcript of record, the oral arguments and briefs of attorneys for the parties; and it appearing that no error was committed by the district judge in overruling the motion of appellant, Anna Lee Shelton, to suppress certain evidence alleged to have been obtained by unreasonable search of an automobile in which she was riding, and no error appearing in any other respect in the proceedings below; the judgment is affirmed.

Tommie Virgil LEWIS, J. W. Fitzmaurice, and V. W. Coleman, Appellants, v. UNITED STATES of America.

No. 13173.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1945.

Claude F. Cooper, of Blytheville, Ark., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court taken by principal and sureties on recognizance docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants J. W. Fitzmaurice and V. W. Coleman.